IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHANNA LOGAN,                       )
                                    )
            Plaintiff,              )
                                    )
      v.                            )        CASE NO. 2:20-CV-16-WKW
                                    )               [WO]
WINDCREEK MONTGOMERY                 )
CASINO,                             )
                                    )
            Defendant.              )

## ORDER

On November 9, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 10.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 29th day of November, 2022.

                          /s/ W. Keith Watkins
                  UNITED STATES DISTRICT JUDGE